ACCEPTED
04-14-00429-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
7/15/2015 3:45:27 PM
KEITH HOTTLE
CLERK

NO. 04-14-00429-CV

IN THE COURT OF APPEALS FOR THE
FOURTH COURT OF APPEALS DISTRICT
SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
07/15/2015 3:45:27 PM
KEITH E. HOTTLE
Clerk

CITY OF SAN ANTONIO, ACTING THROUGH
CITY PUBLIC SERVICE BOARD OF SAN ANTONIO

*Appellant*

v.

CASEY INDUSTRIAL, INC.

*Appellee*

*On Appeal from the 408th Judicial District Court*
*Bexar County, Texas*
*The Hon. Michael E. Mery, Presiding*

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE MOTION FOR REHEARING**

TO THE HONORABLE JUSTICES OF THE COURT:

Appellee Casey Industrial, Inc. respectfully files this motion requesting that the time for filing a motion for rehearing and motion for reconsideration *en banc* be extended thirty (30) days to August 17, 2015 (30 days falling on Saturday, August 15, 2015). As good cause, Appellee would show the following:

## I.

This Court issued its opinion and judgment on July 1, 2015, making the motion for rehearing due July 16, 2015.  No previous extensions of time to file this motion have been requested or granted.

## II.

At the time the opinion issued, I had prior commitments that prevented immediate work on and completion of a motion for rehearing by the current deadline, including but not limited to:  (1) extensive legal research for purposes of preparing dispositive motions in *Maricela Aguirre, et al. v. Compass Well Services, LLC, et al.*, Cause No. C-5481-14-G, pending in the 370th Judicial District Court, Hidalgo County, Texas; (2) extensive legal research and briefing in preparation of a response to a motion for rehearing *City of Houston, et al. v. Little Nell Apartments, LP, et al.*, No. 14-0473, pending in the Supreme Court of Texas; and (3) legal research in opposition to a Motion to Disqualify and potential mandamus in *Jimmy Martinez v. H.E. Butt Grocery Company, et al.*, Cause No. 2013-CI-04168, pending in the 408th Judicial District Court, Bexar County, Texas.

This extension is not sought for purposes of delay, but is needed as a result of the previously mentioned deadlines and commitments.

For these reasons, Appellee Casey Industrial, Inc. prays that this motion be granted and that the time for filing its motion for rehearing be extended thirty (30) days to August 17, 2015.

Respectfully submitted,

/s/ Nissa M. Dunn
NISSA M. DUNN
State Bar No. 14766450
HOUSTON DUNN, PLLC
4040 Broadway, Suite 440
San Antonio, Texas 78209
Telephone: (210) 775-0881
Fax: (210) 826-0075
nissa@hdappeals.com

JOHN C. HOWELL
State Bar No. 10101650
ALLEN STEIN & DURBIN, P.C.
6243 IH-10 West, Suite 700
San Antonio, Texas 78201-2092
Telephone: (210) 734-7488
Fax: (210) 738-8036
jhowell@asdh.com

CHRISTOPHER A. WRIGHT
*Pro Hac Vice*
WATT TIEDER HOFFAR & FITZGERALD, LLP
1215 Fourth Avenue, Suite 2210
Seattle, Washington 98161
Telephone: (206) 204-5800
Fax: (206) 204-0284
cwright@watttieder.com

ATTORNEYS FOR APPELLEE
CASEY INDUSTRIAL, INC.

## CERTIFICATE OF CONFERENCE

I certify that I contacted appellate counsel for Appellant, Judith R. Blakeway by e-mail on July 15, 2015, concerning the substance of this motion. Ms. Blakeway responded that Appellant would not oppose the motion.


   /s/ Nissa M. Dunn
Nissa M. Dunn


## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of this document has been delivered, pursuant to the Texas Rules of Appellate Procedure on the 15th day of July, 2015, to the following:

Judith R. Blakeway *Via E-service and/or E-mail*
STRASBURGER & PRICE, LLP
2301 Broadway
San Antonio, Texas 78215
judith.blakeway@strasburger.com

Annalyn G. Smith *Via E-service and/or E-mail*
SCHMOYER REINHARD, LLP
17806 IH-10 West, Suite 400
San Antonio, Texas 78257
asmith@sr-llp.com

   /s/ Nissa M. Dunn
NISSA M. DUNN